```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 07 B 19064
   MARY L THOMAS
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-4958

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 10/16/2007 and was confirmed 01/02/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 12/18/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
------------------------------------------------------------------------------
CITY OF CHICAGO WATER DE  SECURED NOT I  NOT FILED            .00          .00
COOK COUNTY COMPTROLLER   SECURED NOT I  NOT FILED            .00          .00
OPTION ONE MORTGAGE       SECURED NOT I        .00            .00          .00
OPTION ONE MORTGAGE       SECURED NOT I  NOT FILED            .00          .00
AMERICAS FINANCIAL CHOIC  UNSEC W/INTER     226.56            .00          .00
CHECK INTO CASH INC       UNSEC W/INTER  NOT FILED            .00          .00
COMMONWEALTH EDISON       UNSEC W/INTER     585.10            .00          .00
ALLSTATE CASUALITY        UNSEC W/INTER  NOT FILED            .00          .00
EXPRESS LOAN              UNSEC W/INTER  NOT FILED            .00          .00
SAFECO                    UNSEC W/INTER  NOT FILED            .00          .00
ILLINOIS ATTORNEY GENERA  UNSEC W/INTER    1012.00            .00          .00
LOAN EXPRESS CO           UNSEC W/INTER     405.00            .00          .00
VERIZON                   UNSEC W/INTER  NOT FILED            .00          .00
NATIONWIDE ACCEPTANCE~    UNSEC W/INTER    1603.58            .00          .00
AT&T                      UNSEC W/INTER  NOT FILED            .00          .00
PAYDAY LOAN               UNSEC W/INTER  NOT FILED            .00          .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER    1060.24            .00          .00
PODIATRIC MANAGEMENT SYS  UNSEC W/INTER  NOT FILED            .00          .00
ROBERT J ADAMS & ASSOC    UNSEC W/INTER  NOT FILED            .00          .00
ROUTE 66 FUNDING          UNSEC W/INTER  NOT FILED            .00          .00
TRU GREEN CHEMLAWN        UNSEC W/INTER  NOT FILED            .00          .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      3,364.00                     1,941.60
TOM VAUGHN                TRUSTEE                                         158.40
DEBTOR REFUND             REFUND                                             .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              2,100.00

PRIORITY                                      .00

                PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 19064 MARY L THOMAS
```

```
SECURED                                                              .00
UNSECURED                                                            .00
ADMINISTRATIVE                                                  1,941.60
TRUSTEE COMPENSATION                                              158.40
DEBTOR REFUND                                                        .00
                                      ----------------   ----------------
TOTALS                                       2,100.00           2,100.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 03/05/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```